UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| ANTHONY GATTINERI and<br>BOSTON CLEAR WATER COMPANY, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TOWN OF LYNNFIELD, MA, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL DOCKET NO. 1:20-cv-11404<br>)<br>)<br>)<br>) |

## BOSTON CLEAR WATER COMPANY, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Boston Clear Water Company, LLC. ("Boston Clear Water") hereby states that Boston Clear Water does not have a parent corporation and no publicly held corporation owns ten percent or more of Boston Clear Water's stock.

Respectfully submitted,

**BOSTON CLEAR WATER COMPANY, LLC**

By and through its attorneys,

*/s/ Kelley Jordan-Price*
Kelley Jordan-Price, BBO No. 565964
kprice@hinckleyallen.com
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA  02109-1775
Tel:   617-345-9000
Fax:  617-345-9020

Dated:  July 29, 2020

## **CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.4 (C)**

      I hereby certify, that the foregoing document was filed through the ECF system on July 29, 2020, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Kelley Jordan-Price*